Claude CARPENTER, Plaintiff—
Appellant,

v.

C.T. WOODY, Sheriff; Burnett, Lt. Col.;
Robinson, Capt., Medical Dept.; Dr.
Furman; Richmond Sheriff's Department, Defendants—Appellees.

No. 08–7725.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2009.

Decided: April 14, 2009.

Claude Carpenter, Appellant Pro Se. Robert A. Dybing, Thomas Douglas Lane, Thompson McMullan, PC, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Carpenter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *Carpenter v. Woody,* No. 3:08–cv–00143–RLW, 2008 WL 3843444 (E.D.Va. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*